# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2625 Disciplinary Docket No. 3 |
| | : | |
| MICHAEL EVAN WEINTRAUB | : | Board File No. C1-19-468 |
| | : | |
| | : | (Supreme Court of New Jersey, D-65 |
| | : | September Term 2018) |
| | : | |
| | : | Attorney Registration No. 78416 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of August, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Michael Evan Weintraub is suspended from the practice of law in the Commonwealth of Pennsylvania for six months. He shall comply with all the provisions of Pa.R.D.E. 217.